| | |
|---|---|
| Rena Andoh<br>randoh@sheppardmullin.com<br>Brian B. Garrett<br>bgarrett@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 653-8700 | Shannon Z. Petersen (*pro hac vice application to be filed*)<br>spetersen@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>12275 El Camino Real, Suite 200<br>San Diego, California 92130<br>Telephone: (858) 720-8900 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
ROBERT ZANI, *individually and on behalf of all others similarly situated*,
:
:
:
Plaintiff,
:
:  Case No. 14-cv-9701(AJN)(RLE)
:
-against-
:  **RULE 7.1 STATEMENT**
:
RITE AID HDQTRS. CORP.,
:
:
Defendant.
:
---------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rite Aid Hdqtrs. Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1) Rite Aid Hdqtrs. Corp. is a wholly-owned subsidiary of Rite Aid Corporation.

*(space intentionally left blank)*

-1-

2) Thrifty Payless, Inc., a wholly-owned subsidiary of Rite Aid Corporation.

Dated: New York, New York
December 30, 2014

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Brian B. Garrett
Rena Andoh
Brian B. Garrett

30 Rockefeller Plaza
New York, NY 10112-0015
Tel: (212) 653-8700

Shannon Z. Petersen (*pro hac vice application to be filed*)
12275 El Camino Real, Suite 200
San Diego, California 92130
Tel: (858) 720-8900
spetersen@sheppardmullin.com

*Attorneys for Defendant Rite Aid Hdqtrs. Corp.*