NATHAN, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4.10.2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ROBERT ZANI, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

      -against-

RITE AID HDQTRS. CORP.,

                      Defendant.
------------------------------------------------------------- x

Case No. 14-cv-9701(AJN)(RLE)

## STIPULATION OF DISMISSAL AND TO WITHDRAWAL OF BILL OF COSTS

Plaintiff Robert Zani and Defendant Rite Aid Hdqtrs. Corp. (the "Parties"), by and through their undersigned counsel, do hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this matter is hereby dismissed with prejudice.

2. The Parties have resolved issues related to costs.

3. The Bill of Costs and Request to Clerk to Tax Costs filed by Rite Aid Hdqtrs. Corp. (Doc. Nos. 139 & 140) is hereby withdrawn.

Dated: April 9, 2018

Respectfully Submitted,

By: */s/ Stephen Taylor*
    Stephen Taylor
    Lemberg Law LLC
    43 Danbury Road
    Wilton, CT 06897
    Tel: (203) 653-2250
    Email: staylor@lemberglaw.com
    *Attorneys for Plaintiff Robert Zani*

By: */s/ Shannon Z. Petersen*
    Shannon Z. Petersen
    Sheppard, Mullin, Richter & Hampton, LLP
    12275 El Camino Real, Suite 200
    San Diego, CA 92130
    Tel: (858)-720-7483
    Email: spetersen@sheppardmullin.com
    *Attorneys for Defendant Rite Aid Hdqtrs. Corp.*

4/10/18

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, copy of the foregoing was filed with the Court through the CM/ECF System which sent notice of such filing to all counsel of record.

*/s/ Stephen Taylor*
